UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MARK DONAGHY,

       Plaintiff,                           Civil Action No. 11-cv-15581
                                                 HON. BERNARD A. FRIEDMAN
vs.                                                    MAG. JUDGE MARK A. RANDON

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation ("R&R") dated December 14, 2012 [docket entry 13]. Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the Magistrate Judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Mark A. Randon's Report and Recommendation dated December 14, 2012, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is

granted.

Dated: January 8, 2013            s/ Bernard A. Friedman
       Detroit, Michigan          BERNARD A. FRIEDMAN
                                  SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2013 electronically or by U.S. mail.

                                  s/ Michael Williams
                                  Relief Case Manager for the Honorable
                                  Bernard A. Friedman